JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
CRITERIUM CAPITAL FUNDS B.V., BBF TRUST,    :
WALL STREET SECURITIES, S.A.,               :
BANCA ARNER, S.A., and ALVARO CASTILLO,     :
on behalf of themselves and all others similarly situated,  :
:          **09 CIV 5386**
Plaintiffs,            :
:          Civil Action No.____
v.                     :
:
BERNARD L. MADOFF, KINGATE MANAGEMENT       :     **RULE 7.1**
LIMITED, TREMONT (BERMUDA) LIMITED,         :     **DISCLOSURE**
FIM ADVISERS LLP, CITI HEDGE FUND           :     **STATEMENT**
SERVICES LTD., GRAHAM H. COOK,              :
JOHN E. EPPS, SANDRA MANZKE,                :
CHARLES SEBAH, KEITH R. BISH,               :
CHRISTOPHER WETHERHILL, MICHAEL G.          :
TANNENBAUM, PHILLIP A. EVANS, MARGARET      :
EVERY, SHAZIEH SALAHUDDIN, JOHANN WONG      :
and PRESTON M. DAVIS,                       :
:
Defendants.            :
:
-------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Criterium Capital Funds B.V. (a private non-governmental party)

certifies that it has no parent corporation and no publicly held corporation owns 10% or

more of its stock.


Dated: New York, New York
       June 10, 2009

BOIES, SCHILLER & FLEXNER LLP

By: _____
David A. Barrett

575 Lexington Avenue
New York, New York 10022
Phone: (212) 446-2300
Fax:  (212) 446-2350

*Attorneys for Plaintiffs*