AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

CRITERIUM CAPITAL FUNDS B.V., et al.

V.

BERNARD L. MADOFF, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## '09 CIV 5386

TO: (Name and address of Defendant)

Phillip A. Evans
Moore Stephens
L'Estoril, Bloc C, 31 Avenue Princesse Grace,
MC 98000 Monaco

**JUDGE BATTS**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Barrett
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

| CLERK | | DATE |
|---|---|---|
| | | JUN 1 0 2009 |

(By) DEPUTY CLERK

PRINCIPALITY OF MONACO
Direction of Public Safety

Division of Urban Police
BP 555
MC 98015 MONACO CEDEX
Tel.: +377.93.15.30.15

DIR. N° __32637__

RECEIPT
--------

LEGAL PROCESS – JUDICIAL DOCUMENT
--------

Submitted by the GENERAL PROSECUTOR'S OFFICE
in MONACO to be delivered to the interested party

GENERAL PROSECUTOR'S OFFICE
RECEIVING DATE
DEC. 2, 2009

RECEIVER        _Mr. Phillip A. Evans_

ADDRESS         _31 Avenue Princesse Grace_

                _98000 MONACO_

| Date of service and signature of receiver | REMARK |
|---|---|
| Received the legal process referenced in the General Prosecutor's Office in MONACO under n° _2341_ AJ _09_  In Monaco, on December 1, 2009 at 11:05 a.m.  *Matysek Jérémy* | *Receptionist for Mr. Evans*  *[Signature]* |

FRUITLESS SEARCH:    STATING THAT THE SEARCH WE CONDUCTED DID NOT SUCCEED. THE INTERESTED PARTY IS NO LONGER DOMICILED AT THE ADDRESS INDICATED. HIS/HER REAL ADDRESS IS UNKNOWN.

REPORT OF DEFAULT:   STATING THAT THE INTERESTED PARTY DOES RESIDE AT THE ADDRESS INDICATED BUT COULDN'T BE REACHED AT HIS/HER DOMICILE AND THAT HE/SHE DIDN'T COMPLY WITH THE INVITATIONS WITH CAUSE WHICH WERE SENT TO HIM/HER.

CHANGE OF ADDRESS:   STATING THAT THE SEARCH THAT WAS CONDUCTED INDICATED THAT THE INTERESTED PARTY NO LONGER LIVES AT THE ADDRESS INDICATED AND THAT HE (SHE) COULD BE SUCCESSFULLY FOUND AT THE FOLLOWING ADDRESS (SEE "REMARK" ABOVE).

The Police Detective Alex SEGUIN
*[Signature]*

Case Name:  Criterium Capital Funds B.V.  v  Madoff
Defendant:   Phillip A. Evans
Court Case No.:  09 CIV 5386

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1)   that the request has been executed*

    - the (date) _____ *December 1 , 2009* _____

    - at (place, street, number) _*31, avenue Princesse Grace*_____

    _____*MC 98000 MONACO*_____

    - in one of the following methods authorised by article 5-

      [ X ](a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

      [  ]  (b)  in accordance with the following particular method*: _____

      _____

      [  ]  (c)  by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

    - (identity and description of person) _*to the Receptionist for Mr. EVANS*_____

    _____._____

    - relationship to the addressee (family, business or other): _____

    _____

2)   that the document has not been served, by reason of the following facts*:

_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**LIST OF DOCUMENTS:** Summons in a Civil Action, Complaint, Summary of the Document to Be Served, Translations

Annexes

Documents returned:

*Receipt, Transmission to the General Prosecutor's*
*office, Judicial writ, translation*

_____

_____

**Done at** _*MONACO*_____ **the** _____ *December 3, 2009*_

In appropriate cases, documents establishing the service:

_____

_____

_____

**Signature and/or stamp.**

The Director
of Judicial Services

*[Signature and stamp]*

_____

*   **Delete if inappropriate.**                                2

**PRINCIPAUTE DE MONACO**
Direction de la Sûreté Publique



PARQUET GENERAL DE MONACO
**DATE D'ARRIVÉE**

**- 2 DEC. 2009**

**RÉCÉPISSE**
Empfangsbescheinigung
Ricevuta  -  receipt

**ACTE JUDICIAIRE  -  JUDICIAL  DOCUMENTS**

Division de Police urbaine
BP  555
**MC 98015 MONACO CEDEX**
Tél: + 377.93.15.30.15

N° DIR : 82637

Transmis par le PARQUET GENERAL de MONACO
aux fins de remise à l'intéressé(e)

| DESTINATAIRE RECEIVER | Monsieur Phillip A. EVANS |
|---|---|
| DEMEURANT A ADRESS | 31 Avenue Princesse Grace 98000 MONACO |

| Récépissé donné par la partie intéressée<br>Datum der Zustellung umd Underschrift des Empfangers<br>Data della  notifica e firma del destinatario<br>Date of servie and signature of receiver | OBSERVATIONS<br>BEOBATCHTUNG<br>OSSERVAZIONI<br>REMARK |
|---|---|
| Reçu l'acte judiciaire référencé au Parquet Général de<br><br>MONACO sous le N° 2341 AJ 09<br><br>A Monaco, le 1er Décembre 2009<br><br>à 11h05 heures | Réceptioniste pour Mr Evans. |

**VAINES RECHERCHES**      :      DISONS QUE LES RECHERCHES AUXQUELLES NOUS AVONS PROCEDE N'ONT PAS ABOUTI. L'INTERESSE(E) N'HABITE PLUS A L'ADRESSE INDIQUEE. SON ADRESSE ACTUELLE EST INCONNUE.

**CONSTAT DE CARENCE**      :      DISONS QUE L'INTERESSE(E) HABITE TOUJOURS A L'ADRESSE INDIQUEE MAIS QU'IL (ELLE) N'A PU ETRE TOUCHE (E) A SON DOMICILE ET QU'IL (ELLE) N' A PAS DEFERE AUX CONVOCATIONS MOTIVEES QUI LUI ONT  ETE ADRESSEES.

**CHANGEMENT D'ADRESSE** :      DISONS QUE LES RECHERCHES ENTREPRISES ONT PERMIS DE SAVOIR QUE L'INTERESSE(E) N'HABITE PLUS A L'ADRESSE INDIQUEE ET QU'IL (ELLE) POURRAIT ETRE UTILEMENT RECHERCHE(E) A L'ADRESSE SUIVANTE (**VOIR CADRE OBSERVATIONS**)

L' Agent de POLICE  JUDICIAIRE
Alex SEGUIN

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New York

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

PARQUET GÉNÉRAL DE MONACO
DATE D'ARRIVÉE
2 6 NOV. 2009

PRINCIPAUTÉ DE MONACO
DIRECTION DES
SERVICES JUDICIAIRES
2 5 NOV. 2009
Nº 2009_AJ_664

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Diane K. Myers**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: DMyers@CivilActionGroup.com** | **Direction des Services Judiciaires**<br>**Palais de Justice**<br>**5, rue Colonel Bellando de Castro**<br>**MC - 98000 MONACO**<br><br>**Monaco** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(*identité et adresse*)      Phillip A. Evans
Moore Stephens, L'Estoril, Bloc C, 31 Avenue Princesse Grace,  MC 98000 Monaco, MONACO
Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)*  *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):_____*

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)*  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Action
Complaint
Summary of the Document to Be Served
Translations          Vu et Transmis à

M. LE PROCUREUR GÉNÉRAL
aux fins demandées
MONACO, le 25 novembre 2009

Le Directeur des Services Judiciaires

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439
Fait à  Minneapolis, Minnesota, U.S.A.          , the
, le    11-23-09

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                (Est. 11/22/77)

\* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Criterium Capital Funds B.V. v. Madoff
Defendant: Phillip A. Evans
Court Case No.: 09 CIV 5386

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
- the (date)
- *le (date)* _____ 1ᵉʳ décembre 2009
- at (place, street, number)
- *à (localité, rue numéro)* _____ 31, avenue Princesse Grace
  MC 98000 Monaco

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  a) *selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
  b) *selon la forme particulière suivante:* _____
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
  c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* au Réceptioniste Jaur M. EVANS

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summons in a Civil Action, Complaint, Summary of the Document to Be Served, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
Récépissé, transmission aux Parquet
acte judiciaire, traduction

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* _____ Monaco _____, the 3 décembre 2009
, *le*

Signature and/or stamp.
*Signature et/ou cachet.*

Le Directeur
des Services Judiciaires

\* Delete if inappropriate.
*Rayer les mentions inutiles.*                    2