UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE KINGATE MANAGEMENT LIMITED LITIGATION** | Master File No. 09 Civ. 5386 (DAB) |
| This Document Relates To: All Actions | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Cheryl M. Plambeck of Davis & Gilbert LLP hereby appears as counsel for Defendants John Epps, Graham Cook and Charles Sebah in the above-captioned action.

Dated: July 19, 2010
New York, New York

DAVIS & GILBERT LLP

By: /s/ Cheryl M. Plambeck
　　Cheryl M. Plambeck
　　1740 Broadway
　　New York, New York  10019
　　Tel: (212) 468-4800
　　Fax: (212) 468-4888
　　cplambeck@dglaw.com

*Attorneys for Defendants Graham Cook, John Epps and Charles Sebah*