UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KINGATE MANAGEMENT LIMITED LITIGATION | Master File 09 Civ. 5386 (DAB) |
| This Document Relates To:  All Actions | **CERTIFICATE OF SERVICE** |

      I, Donald M. Chiano, hereby certify that on July 19, 2010, a true and correct copy of the attached Notice of Motion to Dismiss, Memorandum of Law in Support of FIM Advisors LLP, FIM Limited, FIM(USA), Inc., Carlo Grosso and Federico Ceretti's Motion to Dismiss the Amended Consolidated Class Action Complaint, Declaration of Jodi A. Kleinick, Affidavit of David Chivers, and Rule 7.1 Disclosure Statement was filed electronically and served by e-mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system or by e-mail to anyone unable to accept electronic filing.  Parties may access this filing through the court's ECF system.

Dated: July 19, 2010
       New York, New York

                                          _/s/ Donald M. Chiano_
                                            Donald M. Chiano