# CHAPTER 13.

## AN ACT FOR PREVENTING TEDIOUS AND CHARGEABLE LAW SUITS, AND FOR DECLARING THE RIGHTS OF PARTICULAR TENANTS.

(20*th June*, 1705.)       31/1705

WHEREAS Law Suits and Controversies frequently arise between the Inhabitants of these Islands, principally occasioned by the different Nature and Circumstances of our Estates from those in England, whereby it sometimes hath happened, through the Partiality of some, and Ignorance of others, that contradictory Judgments have been given in cases founded on the same Rules and Principles of Law and Reason; for the redressing of which Mischiefs, and establishing a constant and certain Uniformity in the Proceedings of the Courts of the several Islands under the Government, and for declaring the Rights of particular Tenants in these Islands.

**1.** This Act may be cited as the Common Law (Declaration of Application) Act.    Short title.

**2.** We your Majesty's most dutiful and loyal Subjects, the Commander in Chief of your Majesty's Leeward Charibbee Islands, the General Council, and General Assembly of the said Islands, now met at Nevis, do humbly pray your Majesty that it may be declared, and it is hereby declared by the Authority aforesaid, That the Common Law of England, as far as it stands unaltered by any writen Laws of these Islands, or some of them, confirmed by Your Majesty, or some of your Royal Predecessors in Council, or by some Act or Acts of Parliament of the Kingdom of England, extending to these Islands, is in force in each of these your Majesty's Leeward Charibbee Islands, and is the certain Rule whereby the Rights and Properties of your Majesty's good Subjects inhabiting these Islands, are and ought to be determined; and that all Customs or pretended Customs, or Usages, contradictory thereunto, are illegal, null, and void.

How far the Comon Law of England is in force here, etc.

Case 1:09-cv-05386-DAB   Document 89-6   Filed 07/19/10   Page 2 of 2

3.  .................................................................................

4.  .................................................................................

5.  .................................................................................

6.  .................................................................................

7.  .................................................................................

———————