UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE KINGATE MANAGEMENT LIMITED LITIGATION | Master File No. 09 Civ. 5386 (DAB) |
| This Document Relates To: All Actions | |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY PRICEWATERHOUSECOOPERS LLP

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, PricewaterhouseCoopers LLP ("PwC U.S."), by and through its undersigned counsel, hereby states as follows:

1. PwC U.S. is not a publicly held company and has no parent company.

2. No publicly held company owns more than ten percent (10%) of PwC U.S.'s stock.

Dated: July 19, 2010

Respectfully submitted,

By: /s/ Michael P. Carroll
Michael P. Carroll
James H.R. Windels
Michael S. Flynn
James W. Haldin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800
michael.carroll@davispolk.com
james.windels@davispolk.com
michael.flynn@davispolk.com
james.haldin@davispolk.com

*Attorneys for Defendant
PricewaterhouseCoopers LLP*