BATTS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KINGATE MANAGEMENT
LIMITED LITIGATION

This Document Relates To: All Actions

Master File No. 09 Civ. 5386 (DAB)

Electronically filed

## CONSENT TO SUBSTITUTION OF COUNSEL

IT IS HEREBY CONSENTED that the firm of Chaffetz Lindsey LLP, 1350 Avenue of the Americas, New York, New York 10019, be substituted as attorneys of record for the undersigned Defendants Kingate Management Limited and Christopher Wetherhill in the above-captioned consolidated action in place of the firm Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019.

Dated: July 13, 2010

KINGATE MANAGEMENT LIMITED

By _____
DIRECTOR

CHRISTOPHER WETHERHILL

By _____

{00036544;v1}

_____
U.S.D.J.

CHAFFETZ LINDSEY LLP

By /s/
Peter R. Chaffetz
Charles J. Scibetta
1350 Avenue of the Americas
New York, New York 10019
Telephone: (212) 257-6960
peter.chaffetz@chaffetzlindsey.com
charles.scibetta@chaffetzlindsey.com

*Successor Attorneys for Kingate Management Limited and Christopher Wetherhill*

WILLKIE FARR & GALLAGHER LLP

By /s/
Mitchell J. Auslander
Joseph T. Baio
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-800
mauslander@willkie.com
jbaio@willkie.com

*Withdrawing Attorneys for Kingate Management Limited and Christopher Wetherhill*

SO ORDERED.

/s/ Deborah A. Batts  7/28/10
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE