UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re Kingate Management Limited Litig.         09 CV 05386 (DAB)

--------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Sanford M. Litvack

[X] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: SL2542 ; My State Bar Number is: 1461490

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] Law Firm/Government Agency Association

    From: Hogan & Hartson L.L.P. (NYC)

    To: Hogan Lovells US LLP

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: 875 Third Avenue, New York, NY 10022

[X] Telephone No.: (212) 918 3000

[X] Fax No.: (212) 918 3100

[X] E-Mail Address: sandy.litvack@hoganlovells.com

Dated: November 18, 2010

/s/
ATTORNEY'S SIGNATURE
Sanford M. Litvack