

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE KINGATE MANAGEMENT
LIMITED LIMITATION

This Document Relates To: All Actions

Master File No. 09 Civ. 5386 (DAB)



### NOTICE OF APPEAL

Notice is hereby given that all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on March 31, 2011 and the Order entered March 30, 2011 granting defendants' motions to dismiss and dismissing Plaintiffs' Amended Consolidated Class Action Complaint in its entirety with prejudice.

Dated: April 11, 2011

By: _____

Steven J. Toll
Lisa M. Mezzetti
Daniel S. Sommers
Joshua S. Devore
S. Douglas Bunch
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

Joel P. Laitman
COHEN MILSTEIN SELLERS
    & TOLL PLLC
88 Pine Street
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745

David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

David A. Barrett
Howard L. Vickery, II
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

Stuart H. Singer
Carlos Sires
Sashi Bach Boruchow
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Boulevard, #1200
Ft. Lauderdale, Florida 33301
Tel: (954) 356-0011
Fax: (954) 356-0022

Joel H. Bernstein
Javier Bleichmar
Alan I. Ellman
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477